IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 6:18-CR-00037-RWS |
| v. | § § § | |
| JERRY LYNN ALLEN (14), | § § | |

## ORDER APPOINTING COUNSEL PURSUANT TO THE
## CRIMINAL JUSTICE ACT

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, this Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

_____ The Federal Public Defender is appointed as counsel for the defendant.

__✓__  __Jeff Wood_____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

_____ This Court determines that the defendant shall reimburse the Government for all attorney fees and costs incurred due to the appointment of counsel for his defense.

_____ This Court determines that the defendant may have funds to contribute to the cost of appointed counsel. The United States Attorney shall investigate to determine if funds exist and submit a report to the Court outlining the amount and method of payment in which defendant should be required to pay toward his defense.

### TYPE OF APPOINTMENT

| | | | |
|---|---|---|---|
| _____ | Through trial and notice of appeal. | _____ | Probation/Supervised Release Violation. |
| __✓__ | All purposes including trial and appeal. | _____ | Material/Grand Jury Witness. |
| _____ | Initial appearance and bond only. | _____ | Parole Violation. |
| _____ | Appeal purposes only. | _____ | Mental Hearing (18 U.S.C. § 313). |
| _____ | Habeas Corpus. | _____ | Rule 5(c) Proceedings in this District. |

_____ Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that the defendant be afforded the assistance of counsel; so the Federal Defender is temporarily appointed for that purpose.

It is SO ORDERED and SIGNED this 11th day of July 2018.

_K. Nicole Mitchell, U.S. Magistrate Judge_